IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.: 13-PO-64-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROCKY L. BENTLEY,

Defendant.

---

AMENDED ORDER REGARDING THE GOVERNMENT'S MOTION TO STRIKE (document #22) WITH REGARD TO DEFENDANT'S INCORRECTLY TITLED MOTION TO CONTINUE (document #21)

---

Defendant filed a document incorrectly titled (on the face of the motion) un-objected motion to continue motions hearing and trial (document #21). In CM/ECF, the document is correctly labeled motion to suppress, which, from its contents it clearly is. The Government has moved to strike the document (document #22) as having been filed late and being incorrectly titled.

This matter appeared before the Court on May 12, 2014. At that time, the Court set a motion's hearing for July 1, 2014 and a trial for August 6, 2014. The Court Ordered motions to be filed within 30 days (which date would be June 11, 2014) with responses due 10 days thereafter. Defense Counsel, on behalf of Defendant, filed the incorrectly titled motion to suppress on June 17, 2014, some 6 days late. No explanation was provided in the motion for the late filing, nor was leave to file a late motion requested from the Court. The Government now objects to the motion as being late, as not being "un-objected" to and as being incorrectly titled.

Defendant's motion to suppress alleges constitutional violations of Defendant's rights by the Government. The Court is aware of and displeased by the late filing, particularly absent some reasonable explanation which has not been forthcoming. However, the Court, under these circumstances, does not wish to encourage a possible ineffective assistance appeal. *See Kimmelman v. Morrison*, 477 U.S. 365 (1986).

Therefore, the Government's motion to strike is GRANTED in part and DENIED in part.

By close of business on ~~6/22/2014~~ 6/25/2014, the Defendant must file an amended motion to suppress with the correct title;

The Government is given 10 days from tomorrow, June 20, 2014, to respond to the motion to suppress;

This matter will proceed to hearing and trial on the dates currently set absent some extraordinary circumstance.

Dated June 23, 2014.

_____
Gordon P. Gallagher
United States Magistrate Judge

2